NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADAM RUSSELL MILLER,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )
                                        )       Case No.  2D18-2818
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed May 3, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Adam Russell Miller, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Adam Miller appeals his convictions and sentences after pleading to four counts of scheme to defraud over $50,000 and one count of scheme to defraud over $20,000.  We affirm Miller's convictions and sentences without further comment. However, because the order of probation erroneously omits Miller's sentence on count three, we remand for the correction of the written probation order to conform to the oral

pronouncement on count three.  See Powell v. State, 223 So. 3d 412, 414 (Fla. 5th

DCA 2017); Williams v. State, 604 So. 2d 8, 10 (Fla. 1st DCA 1992).

Affirmed; remanded with instructions.

LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.